**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 05-03273 |
| DEBORAH HAMILTON, | ) CHAPTER 7 |
| | ) HON. MANUEL BARBOSA |
| Debtor. | ) |

**PROPOSED DISTRIBUTION REPORT**

I, <u>ROY SAFANDA</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 3,264.53 |
| Chapter 11 Administrative Expenses: | $ -0- |
| Priority Claims (507(a)(3)-(a)(6): | $ -0- |
| Secured Tax Liens: | $ -0- |
| Priority Tax Claims: | $ -0- |
| General Unsecured Claims: | $ 7,251.57 |
| Other: 726(a)(3) | $ 875.00 |
| 726(a)(5) | $ 432.21 |
| 726(a)(6) | $ 11,983.21 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>   $ 23,806.52

**EXHIBIT D**

<u>DISTRIBUTION REPORT</u>          PAGE 2 OF 8

| **1. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 3,264.53 | 100% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | Trustee's fees requested | $ 1,881.03 | $ 1,881.03 |
| | Trustee's expenses requested | 64.00 | 64.00 |
| | Trustee's Attny Fees | 1,319.50 | 1,319.50 |

| **2. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

DISTRIBUTION REPORT  - (CONT'D)        PAGE 3 of 8

| **3. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $    -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $    -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(4) - Contributions to Employee Benefit Plans | $    -0- | |

DISTRIBUTION REPORT - CONT∅D                    PAGE 4 OF 8

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(6) - Deposits by consumers to the extent of $1,800 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

DISTRIBUTION REPORT - CONT'D                    PAGE 5 OF 8

| 8. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND (%) |
|---|---|---|

Sec. 507(A)(7) - Alimony,     $    -0-
        Maintenance
        and Support

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 724(b) Tax Liens | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(8) - Tax claims excluding fines and penalties | -0- | 0% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

<u>DISTRIBUTION REPORT</u> - CONT⏎D                              PAGE 6 OF 8

| **11. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(9) - Capital commitments to Federal Depository Institutions | $    -0- | |

| **CLAIM NO.    CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|

| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 7,251.57 | 100% |

| **CLAIM NO.    CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| 1-1  Atlantic Credit | $  6,325.52 | 6,325.52 |
| 2-1  Advocate Medical | $     926.05 | 926.05 |
| | $  7,251.57 | $ 7,251.57 |

| **13. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(3) - Late unsecured claims. | $  875.00 | 100% |

| **CLAIM NO.    CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| 4-1 Margo Jacquot | $  875.00 | $ 875.00 |

DISTRIBUTION REPORT - CONT∅D                                  PAGE 7 OF 8

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(4) - Fines/Penalties | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(5) - Interest | $   432.21 | $100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1-1 | Atlantic Credit | $ 336.51 | $ 336.51 |
| 2-1 | Advocate Medical | 49.20 | 49.20 |
| 4-1 | Margo Jacquot | 46.50 | 46.50 |
| | | $ 432.21 | $ 432.21 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(6) - Surplus To Debtor | $   11,983.21 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor | $ 11,983.21 | $ 11,983.21 |

DISTRIBUTION REPORT - CONT'D.               PAGE 8 OF 8

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NO. | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3-1 | Atlantic Credit & Fin. Co. | $6,325.52 | Disallowed |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____
                                                                Trustee