**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:                              )
                                    ) CASE NO. 05-03273
DEBORAH HAMILTON,                   ) CHAPTER 7
                                    ) HON. MANUEL BARBOSA
    Debtor.                         )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: **KANE COURTHOUSE, 100 S. 3RD STREET COURTROOM 140, GENEVA, IL. 60134**

    On: **OCTOBER 4, 2007**                Time: **10:00 A.M.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $    23,824.93 |
| Disbursements | $    18.41 |
| Net Cash Available for Distribution | $    23,806.52 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $1,349.67 | $64.00 |
| Roy Safanda, Attn'y | $0.00 | $1,319.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $_____0_____, must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  0          %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7. Claims of general unsecured creditors totaling $ 8,126.57     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1-1 | Atlantic Credit | $6,662.03 | $6,662.03 |
| 2-1 | Advocate Medical | $ 975.25 | $ 975.25 |
| 4-1 | Margo Jacquot | $ 921.50 | $ 921.50 |
| | | $8,558.78 | $8,558.78 |

8. Proposed dividends are approximations. Actual dividends may differ due to

       interest accrual, fee reductions or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has been discharged.

11.   The Trustee proposed to abandon the following property at the hearing: None.

Dated: **AUGUST 22, 2007**                                           For the Court,

                                    By:    **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-03273   Doc 31   Filed 08/22/07   Entered 08/24/07 23:53:34   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: sward              Page 1 of 1               Date Rcvd: Aug 22, 2007
Case: 05-03273                  Form ID: pdf002          Total Served: 38

The following entities were served by first class mail on Aug 24, 2007.
 db           +Deborah Hamilton,    210 N River Street,    East Dundee, IL 60118-1332
 aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 aty          +Charles L. Fierz,    134 W. State Street,    Sycamore, IL 60178-1472
 tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
9687332       +A/R Concepts,    2320 Dean St Bldg 2-202,    St Charles, IL 60175-1068
9687333       +Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-0001
9687334       +Allied Interstate,    PO Box 361598,    Columbus, OH 43236-1598
9687335        Assoc Pathologists of Park Ridge,    241 Golf Mill Center #405,    Niles, IL 60714-1215
10437939       Atlantic Credit & Finance Incorporated,    PO Box 13386,    Roanoke, VA 24033-3386
9687336       +Attention LLC,    PO Box 2348,    Sherman, TX 75091-2348
9687338       +Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
9687339       +Capital One,    % Associated Recovery Systems,    PO Box 469047,    Escondido, CA 92046-9047
9687340       +Central Professional Group,    210 N Hammes Ste 103,    Joliet, IL 60435-6679
8898484       +Charles Fierz,    Attorney,    134 W State St,    Sycamore, IL 60178-1472
9687331       +Chrysler Financial,    PO Box 9223,    Farmington Hills, MI 48333-9223
9687343       +Elgin Radiology Assoc,    Dept 77-9145,    Chicago, IL 60678-0001
9687344        Fields/Target-Retailers Nat'l Bank,    PO Box 59226,    Minneapolis, MN 55459-0226
8898483       +Hamilton Deborah,    210 N River Street,    East Dundee, IL 60118-1332
9687346       +LGMG Physicians Systems,    1011 E Touhy Ste 390,    Des Plaines, IL 60018-5807
9687350       +MRSE,    2200 E Devon Ave Ste 288,    Des Plaines, IL 60018-4501
9687347       +Mac/TCS,    PO Box 98,    Chicago Heights, IL 60412-0098
9687348       +Malcolm Gerald & Assoc,    332 S Michigan Ave Ste 514,    Chicago, IL 60604-4318
9687341       +Margo Jacquot, Psyd,    1580 N Northwest hHwy Ste 125,    Park Ridge, IL 60068-1470
9687349       +Metris Bank,    c/o Atlantic Credit & Finance,    PO Box 13386,    Roanoke, VA 24033-3386
9687351       +NCO Financial Systems,    PO Box 8547,    Philadelphia, PA 19101-8547
9687354       +NWIN,    330 S Wells St 16th Floor,    Chicago, IL 60606-7106
9687352       +Nextel,    % Pentagroup Financial,    PO Box 742209,    Houston, TX 77274-2209
9687353       +Northwest Collectors,    3601 Algonquin Road Ste 500,    Rolling Meadows, IL 60008-3143
9687345       +Pellettieri & Assoc,    991 Oak Creek Drive,    Lombard, IL 60148-6408
9687355        Queso Diagnostics,    2535 Bethany Road,    DeKalb, IL 60115
9687342       +Scott Glazer, MD,    600 W Lake Cook Road Ste 110,    Buffalo Grove, IL 60089-2085
9687337       +Scott Winston Attorney,    11 N State St,    11th Floor Ste 93,    Chicago, IL 60602-3200
9687356        Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2198
9687357       +TRS Recover Services,    PO Box 17170,    Denver, CO 80217-0170
9687358       +Van Ru Credit Corp,    150 S Sunnyslope #108,    Brookfield, WI 53005-6461
9687359       +Verizon Wireless,    % PMS,    1521 W Cameron Ave,    West Civina, CA 91790-2738
9687360        Wells Fargo Mortgage,    PO Box 10368,    Des Moines, IA 50306-0368
10992203      +Working Assets,    101 Market St., Ste 700,    San Franciso, CA 94105-1533

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty            Safanda Law Firm
 aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 24, 2007**                                **Signature:** *Joseph Speetjens*